IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 12-cr-00401-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOAB EZEQUIEL MARQUEZ-CHACON,

    Defendant.

## ORDER

PURSUANT to and in accordance with Order entered by the Judge William J. Martínez, it is

ORDERED that Defendant Joab Ezequiel Marquez-Chacon is sentenced to TIME SERVED.

Dated at Denver, Colorado this _____ day of December, 2012.

BY THE COURT:

Judge William J. Martínez
United States District Judge